THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN VIRGA, Appellant, Impleaded with Others.

Argued March 6, 1941; decided April 17, 1941.

*Samuel J. Ohringer* and *Benjamin Spector* for appellant.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld* and *Charles W. Manning* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.